UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Petitioner,

  v.

CAROL PORTER,

    Respondent.

Case No. C05-5793RJB

ORDER

    This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.

    Beginning February 22nd, 2006 petitioner began filing letters with this court. (Dkt. # 16, 23, 24, 25, 20) There are several issues raised by his practices.

    The court does not conduct business by letter. A request for court action requires a properly noted motion and proof the motion has been served on opposing counsel. Plaintiff's letters will remain in the file but will not be considered by the court.

    Petitioner is also filing documents in pencil and the originals of the documents are so light they will not copy or scan into the system. The clerks office will send petitioner copies of documents

ORDER- 1

16 to 24 to give petitioner an idea how difficult it is to decipher lightly written documents when they are scanned.

One such document is petitioner's motion for subpoena. (Dkt. # 17). Not only can the court not decipher the pleading, counsel has written a letter indicating he cannot respond to the motion because he can not read it. (Dkt. # 21). The court will not consider the motion as it is not legible. Petitioner may re-file the motion in a legible form and serve and note it properly if he wishes the court to consider his pleading.

In light of this order respondent's request for additional time to respond to the motion for subpoena is **DENIED AS MOOT**. (Dkt. # 21).

The clerk is directed to send a copy of this order and the copies of petitioners filings to petitioner.

DATED this 16th day of March, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER- 2