UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

  Petitioner,

  v.

CAROL PORTER,

  Respondent.

Case No. C05-5793RJB

ORDER DENYING ALL OUTSTANDING MOTIONS FILED BY THE PETITIONER

This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.

This court has repeatedly denied frivolous motions in this case and warned petitioner to follow the rules of civil procedure. The petitioner has continued to bombard the court and opposing counsel with motions. The court entered an order on April 25th, 2006 in an attempt to keep the action on track and focus the petitioner. That order told petitioner the respondent had moved to dismiss the action as time barred. (Dkt. # 54). Petitioner was specifically informed that the only issue before the court was whether his petition was time barred and he had until May 19th, 2006 to file a response to the motion. (Dkt. # 54).

Since the last order was entered petitioner has filed:

1. Motion to seal allegations and dealings with his ex-wife. (Dkt. # 70).

2. Motion to seal witness statements and uncharged allegations. (Dkt. # 71).

ORDER- 1

3. Motion for Subpoena Duces Tecum.  (Dkt. # 73).

4. Motion to file for discretionary review.  (Dkt. # 82).

5. Motion to proceed IFP.  (Dkt. # 76).

6. Motion to file an over length brief.  (Dkt. # 79).

7. Motion for leave to file a brief in support of his habeas petition.  (Dkt. # 80).

8. Motion for leave to file a writ of Coram Nobis.  (Dkt. # 75).

All pending motions are **DENIED AS FRIVOLOUS**.

The clerk is directed to send copies of this order to petitioner and counsel for respondent.

DATED this 23rd day of May, 2006.


*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER- 2